| | | |
|---|---|---|
| TOMMY KEATING AND LISA KEATING | * | NO. 2023-CA-0232 |
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| LEE MILLER AND FAMILY SECURITY INSURANCE COMPANY | * | STATE OF LOUISIANA |

* * * * * * *

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2021-09129, DIVISION "B"
Honorable Richard G. Perque, Judge
* * * * * *
**JUDGE SANDRA CABRINA JENKINS**
* * * * * *
(Court composed of Judge Roland L. Belsome, Judge Sandra Cabrina Jenkins, Judge Tiffany Gautier Chase)

**BELSOME, J., CONCURS IN PART AND DISSENTS IN PART**

ON APPLICATION FOR REHEARING

Jason R. Bell
SWLA INJURY ATTORNEYS, LLC
949 Ryan Street, Ste. 130
Lake Charles, LA 70601

      COUNSEL FOR PLAINTIFF/APPELLANT


Jacquelyn D. Cook
James H. Gibson
GIBSON LAW PARTNERS, LLC
2448 Johnston Street
Lafayette, LA 70503

      COUNSEL FOR DEFENDANT/APPELLEE

**APPLICATION FOR REHEARING GRANTED; RELIEF DENIED;
ORIGINAL OPINION AFFIRMED
JANUARY 18, 2024**

SCJ
TGC

We grant Tommy and Lisa Keating's ("the Keatings") application for rehearing for the limited purpose of addressing their argument that the majority opinion conflicts with La. C.C. art. 3472.1, *Robinson v. State Farm Mut. Auto. Ins. Co.*, 2022-0726 (La. App. 4 Cir. 6/20/23), 368 So.3d 1143, and *Peralez v. HDI Glob. Specialty SE*, 2022-343 (La. App. 3 Cir. 11/9/22), 353 So.3d 235.

Following this Court's December 8, 2023 decision, the Keatings' filed an application for rehearing, seeking reconsideration of our decision. On rehearing, the Keatings re-urged their original argument that their suit was timely filed. The Keatings further argued that the majority opinion fails to examine whether the Keatings' claim was filed within sixty days of the termination of the suspension.

However, the Keatings fail to consider that their petition for damages was filed on November 9, 2021 when the claim prescribed on October 14, 2021. Further, the emergency suspension period that commenced on August 26, 2021 applied to claims that were prescribing within the thirty-day period. In light of the

1

emergency suspension period not applying to the Keatings' claim nor attaching additional time to the Keatings' running prescription, their claim is time-barred.

For these reasons, we grant a rehearing, deny relief, and affirm our original opinion.

**APPLICATION FOR REHEARING GRANTED; RELIEF DENIED;**
**ORIGINAL OPINION AFFIRMED**